**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 26-1968

_____

IN RE: RICHARD C. MURPHY,

Petitioner

_____

On a Petition for Writ of Mandamus to the
United States District Court for the District of New Jersey
(Related to D.N.J. Crim. No. 2:21-cv-08162)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
July 2, 2026

Before: CHAGARES, *Chief Judge*, HARDIMAN and RESTREPO, *Circuit Judges*

(Opinion filed July 23, 2026)

_____

OPINION*

_____

PER CURIAM

Richard Murphy filed a pro se petition for a writ of mandamus asking us to direct

the District Court to rule on his motion to vacate his sentence. Thereafter, on July 15,

---

* This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

2026, the District Court denied Murphy's amended motion, declined to issue a certificate of appealability, and directed the District Court Clerk to close the case. In view of that decision, this mandamus petition no longer presents a live controversy. Therefore, we will dismiss it as moot. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).